# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MELISSA YEARWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:12-cv-01091 ) ) Judge Nixon |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) Magistrate Judge Knowles ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff Melissa Yearwood's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response. (Doc. No. 19.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied and the decision of the Commissioner be affirmed. (Doc. No. 23 at 33.) The Report was issued on August 29, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 33–34.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion. The decision of the Commissioner is **AFFIRMED** and the Clerk of the Court is **DIRECTED** to close the case. The Commissioner's Motion to Stay Because of Lapse of Appropriations (Doc. No. 24) is hereby **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this the 9th day of December, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT